FILED at 2:22 P.M. Dec. 23, 20 09

Courtroom Deputy/Calendar Clerk
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 1:09-CR-30-WLS |
| DEXTER GRIFFIN | : |

## CHANGE OF PLEA

I, DEXTER GRIFFIN, having been advised of my Constitutional rights, having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the court at such time as the court has considered a presentence report, do now hereby plead **GUILTY** to Count Ten of the Superseding Indictment, this 23rd Day of December, 2009.

I also acknowledge the fact the Court is required to consider any applicable sentencing guideline when imposing sentence in this case.

_____
DEXTER GRIFFIN
DEFENDANT

_____
GERALD WILLIAMS
COUNSEL FOR DEFENDANT

_____
JASON M. FERGUSON
ASSISTANT UNITED STATES ATTORNEY