**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 11-10510

_____

District Court Docket No.
1:09-cr-00030-WLS-TQL-2

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

DEXTER GRIFFIN,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 04, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Issued as Mandate:
May 8, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

May 08, 2013

For rules and forms visit
www.ca11.uscourts.gov

Gregory J. Leonard
U.S. District Court
201 W BROAD AVE
ALBANY, GA 31701

Appeal Number: 11-10510-BB
Case Style: USA v. Dexter Griffin
District Court Docket No: 1:09-cr-00030-WLS-TQL-2

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Regina A. Veals-Gillis
Phone #: (404) 335-6163

Enclosure(s)

MDT-1 Letter Issuing Mandate