IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DEXTER GRIFFIN, | : | |
| Petitioner, | : | |
| VS. | : | **Criminal Case No.** |
| | : | 1 : 09-CR-30 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| | : | **28 U.S.C. § 2255 Case No.** |
| Respondent. | : | 1 : 14-CV-70 (WLS) |

## ORDER

Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255, filed on May 1, 2014, is before this Court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. (Doc. 207). After preliminary examination of Petitioner's Motion, it does not appear that the Motion is subject to summary dismissal under Rule 4. Further, the Motion does not appear to be untimely, and Petitioner has apparently filed no prior § 2255 Motion.

WHEREFORE, the United States Attorney is hereby ordered to file an Answer or other responsive pleadings pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within sixty (60) days of the date of this Order.

**SO ORDERED**, this 7th day of May, 2014.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE