IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DEXTER GRIFFIN, | : | |
| Petitioner, | : | |
| VS. | : | **Criminal Case No.** 1 : 09-CR-30 (WLS) |
| UNITED STATES OF AMERICA, | : | **28 U.S.C. § 2255 Case No.** |
| Respondent. | : | 1 : 14-CV-70 (WLS) |

# ORDER

Petitioner having moved for an extension of time in which to file a reply to the Respondent's Response in Opposition to Petitioner's Motion to Vacate, and there appearing to be adequate basis for same, Petitioner shall have until **August 18, 2014** to file any Reply. Petitioner's Motion for Extension of Time is accordingly **GRANTED-IN-PART**.   (Doc. 211).

**SO ORDERED**, this 16th day of July, 2014.

s/   *THOMAS Q. LANGSTAFF*

UNITED STATES MAGISTRATE JUDGE

asb