IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DEXTER GRIFFIN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | |
| VS. | : | **28 U.S.C. § 2255 Case No.** |
| | : | 1 : 14-CV-70 (WLS) |
| | : | |
| UNITED STATES OF AMERICA, | : | **Criminal Case No.** |
| | : | 1 : 09-CR-30 (WLS) |
| | : | |
| | : | |
| Respondent. | : | |

### ORDER

Petitioner having moved for an extension of time in which to file objections to the Recommendation filed on March 24, 2015, and there appearing to be adequate basis for same, the deadline for the filing of objections to the March 24, 2015 Recommendation by Petitioner is hereby extended as follows: Petitioner shall have until **April 24, 2015** to file any objections. Petitioner's Motion for Extension of Time is accordingly **GRANTED-IN-PART**. (Doc. 218).

**SO ORDERED**, this 7th day of April, 2015.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE