IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal: 1:09-CR-00030 (WLS) |
| DEXTER BERNARD GRIFFIN, | |
| Defendant. | |

**MOTION REQUESTING APPOINTMENT AND ENTRY OF APPEARANCE**

COMES NOW, the undersigned, and pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1) and (c) and in accordance with the retroactive application of 18 U.S.C. § 3582, Sentencing Guidelines § 1B1.10 and Amendment 782, respectfully requests this Court appoint the Federal Defendants of the Middle District of Georgia, Inc. in the above referenced case to represent Dexter Bernard Griffin in his petition for a sentence reduction pursuant to 18 U.S.C. § 3582, Sentencing Guidelines § 1B1.10 and Amendment 782 and enter the appearance of Jared Scott Westbroek on behalf of Mr. Griffin in the above-styled case.

(1) On December 23, 2009, Mr. Griffin plead guilty to violating 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and 21 U.S.C. § 860(c) (Employing Children to Distribute Cocaine Base within One Thousand (1000) Feet of a Public Housing Facility).

(2) A cursory review of the above referenced case indicates that Mr. Griffin is eligible for a reduction of his sentence by retroactive application of Sentencing Guidelines Amendment 782 to drug offenses pursuant to 18 U.S.C. § 3582(c) and policy statement § 1B1.10.[1]

---

[1] The drug Guidelines at §§ 2D1.1 and 2D1.11 were amended effective November 1, 2014. See U.S.S.G. Amendment 782. The Sentencing Commission has determined these amended guidelines are retroactive for purposes of the policy statement U.S.S.G. § 1B1.10.

(3) The undersigned received a letter from Mr. Griffin requesting assistance in filing a motion for a reduction pursuant to 18 U.S.C. § 3582 and retroactive Amendment 782, U.S.S.G. The undersigned has reviewed the docket sheet in the above referenced case and determined that, as of the date of this filing, no petition has been filed on behalf of Mr. Griffin.

(4) The undersigned has prepared a perfunctory motion for a reduction of Mr. Griffin's sentence pursuant to 18 U.S.C. § 3582(c) and policy statement § 1B1.10. That motion has been filed contemporaneously with this request for appointment and entry of appearance. If the Court grants this motion to appoint the Federal Defenders of the Middle District of Georgia, Inc., to represent Mr. Griffin in a reduction of his sentence, the undersigned will file an amended motion for a reduction detailing the reasons why Mr. Griffin is entitled to a reduction of his sentence pursuant to 18 U.S.C. § 3582(c) and policy statement § 1B1.10. In the event the Court denies the undersigned's motion for appointment in the above referenced case, the undersigned respectfully requests the Court treat the motion for a reduction of Mr. Griffin's sentence, filed contemporaneously herewith, as a <u>pro se</u> motion for the reduction and proceed according.

WHEREFORE, as Mr. Griffin qualifies for a sentence reduction as of November 1, 2014, the undersigned respectfully requests the Court:

(1) Enter an order appointing the Federal Defenders of the Middle District of Georgia, Inc. on behalf of Mr. Griffin;

(2) Enter the appearance of Jared Scott Westbroek on behalf of Mr. Griffin and direct all future notices of filings and proceedings directed to him; and

(3) If the Court denies this request for appointment, treat the motion for a reduction of Mr. Griffin's sentence, filed contemporaneously herewith, as a <u>pro se</u> motion for the reduction of Mr. Griffin's sentence.

Respectfully submitted, this 13th day of April, 2015.

                                              s/ *Jared Scott Westbroek*
                                              JARED SCOTT WESTBROEK
                                              Ga. Bar No.: 198008

                                              Federal Defenders of the
                                              Middle District of Georgia, Inc.
                                              440 Martin Luther King, Jr. Blvd.
                                              Suite 400
                                              Macon, Georgia 31201
                                              Tel:  (478) 743-4747
                                              Fax: (478) 207-3419

## CERTIFICATE OF SERVICE

I, Jared Scott Westbroek, hereby certify that on April 13, 2015, I electronically filed "***MOTION REQUESTING APPOINTMENT AND ENTRY OF APPEARANCE***" with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

                                            s/ *Jared Scott Westbroek*
                                            JARED SCOTT WESTBROEK
                                            Ga. Bar No.: 198008

                                            Federal Defenders of the
                                            Middle District of Georgia, Inc.
                                            440 Martin Luther King, Jr. Blvd.
                                            Suite 400
                                            Macon, Georgia 31201
                                            Tel: (478) 743-4747
                                            Fax: (478) 207-3419