IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 28 U.S.C. § 2255 Case No. 1:14-CV-70 (WLS) |
| | : | |
| | : | Criminal Case No. 1:09-CR-30 (WLS) |
| DEXTER GRIFFIN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is a March 24, 2015 Recommendation from United States Magistrate Judge Thomas Q. Langstaff concerning Petitioner Dexter Griffin's pending Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255. (Doc. 217.) Upon reviewing Griffin's Motion, Judge Langstaff recommends that it be denied.

After being granted an extension of time to do so, Griffin timely filed objections to Judge Langstaff's Recommendation on April 24, 2015. (Doc. 225.) In his objections, Griffin reasserts his ineffective assistance claims.  Griffin also argues that he made an actual innocence claim that should be considered.  In his § 2255 petition Griffin stated, "Movant submits that he was actually innocent of this allegation, did want to plead to it . . . ." (Doc. 207 at 7.)  "To successfully plead actual innocence, a petitioner must show that his conviction resulted from 'a constitutional violation.'" *Johnson v. Fla. Dep't of Corr.*, 513 F.3d 1328, 1334 (11th Cir.2008) (quoting *Schlup v. Delo*, 513 U.S. 298, 327, 115 S.Ct. 851, 867, 130 L.Ed.2d 808 (1995)). Here, Griffin's only alleged constitutional violation is ineffective assistance of counsel, which Judge Langstaff found and the Court agrees, he has not established.  Griffin cannot argue that his actual innocence is a separate and independent basis for granting his petition.

Upon full review and consideration of the record, the Court finds that Judge Langstaff's March 24, 2015 Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons

stated therein together with the reason of the findings made and reasons stated herein. Griffin's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 207) is **DENIED with prejudice**.

    **SO ORDERED,** this 30th day of April 2015.

                                                 /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**