Case 1:09-cr-00030-WLS-TQL   Document 229   Filed 05/18/15   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

Filed at __4:00 P__ M
__5/18__, 20 __15__
__BCL__
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

United States of America )
v. )
) Case No: 1:09-CR-00030-002
Dexter Griffin )
) USM No: 87759-020
)
Date of Original Judgment: 02/01/2011 )
Date of Previous Amended Judgment: ) Tony C. Jones
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The motion is denied as the defendant was sentenced under a guideline provision that was not retroactively affected by Amendment 782. (USSG §2D1.2(b)(3).

Except as otherwise provided, all provisions of the judgment dated __02/01/2011__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __5/18/15__

_W. Louis Sands_
*Judge's signature*

Effective Date: __11/01/2015__
*(if different from order date)*

W. Louis Sands, U.S. District Judge
*Printed name and title*