APPEAL

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Albany)
## CRIMINAL DOCKET FOR CASE #: <u>1:09–cr–00030–WLS–TQL</u>–2

Case title: UNITED STATES OF AMERICA v. Griffin et al          Date Filed: 10/30/2009

Other court case number:  11–10510–B US Court of Appeals –
                          11th Circuit

Related  Case:  1:14–cv–00070–WLS–TQL

---

Assigned to: U.S. District Judge W
LOUIS SANDS
Referred to: US MAGISTRATE
JUDGE THOMAS Q LANGSTAFF

**<u>Defendant (2)</u>**

**DEXTER GRIFFIN**                    represented by    **DEXTER GRIFFIN**
                                                        REG87759–020
                                                        MARIANNA
                                                        FEDERAL CORRECTIONAL INSTITUTION
                                                        Inmate Mail/Parcels
                                                        P.O. BOX 7007
                                                        MARIANNA, FL 32447
                                                        PRO SE

                                                        **TONY CURTIS JONES–SUSPENDED**
                                                        PO BOX 3862
                                                        ALBANY, GA 31707
                                                        229–888–3068
                                                        Email: tjones@joneslawgroup.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

                                                        **GERALD B WILLIAMS**
                                                        PO BOX 722
                                                        ALBANY, GA 31702–0722
                                                        229–446–8874
                                                        Email: attorneygeraldwilliams@msn.com
                                                        *TERMINATED: 06/29/2010*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **JARED SCOTT WESTBROEK**
                                                        FEDERAL DEFENDERS OF MDGA, Inc.
                                                        440 MLK JR BLVD STE 400
                                                        MACON, GA 31201
                                                        478–743–4747
                                                        Fax: 478–207–3428

Email: jared_westbroek@fd.org
*ATTORNEY TO BE NOTICED*

**Nicole G. Iannarone**
Georgia State University – College of Law
P.O. Box 4037
Atlanta, GA 30302
404–413–9261
Email: niannarone@gsu.edu
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| DISTRIBUTE IN OR NEAR SCHOOLS/NARCOTICS (10s) | 157 months imprisonment, followed by 9 years supervised release, $100 mandatory assessment fee |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:846 icw 21:841(a)(1) and 841(b)(1)(B)(iii)CONSPIRACY TO POSSESS W/INTENT TO DISTRIBUTE NARCOTICS (1) | Count Superseded |
| CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | Dismissed on Government Motion |
| 21:841(a)(1), 841(b)(1)(C) and 860(a) –DISTRIBUTE CRACK COCAINE W/IN 1000 FEET OF A PUBLIC HOUSING AUTHORITY (8) | Count Superseded |
| NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE W/IN 1000 FEET OF A PUBLIC HOUSING AUTHORITY (8s) | Dismissed on Government Motion |
| 21:841(a)(1), 841(b)(1)(C) and 860(a) AND 18:2 –DISTRIBUTE CRACK COCAINE W/IN 1000 FEET OF A PUBLIC HOUSING AUTHORITY (9) | Count Superseded |
| NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE W/IN 1000 FT OF A PUBLIC HOUSING | Dismissed on Government Motion |

AUTHORITY
(9s)

| | |
|---|---|
| 21:841(a)(1), 841(b)(1)(C), 860(a), 860(c); 18:2 AND 21:860(c)(1) AND 860(c)(2)– DISTRIBUTE CRACK COCAINE W/IN 1000 FEET OF A PUBLIC HOUSING AUTHORITY AND EMPLOY A PERSON UNDER 18 YEARS OF AGE TO COMMIT SAID OFFENSES (10) | Count Superseded |
| 21:841(a)(1), 841(b)(1)(C) and 860(a) and 18:2 – DISTRIBUTE CRACK COCAINE W/IN 1000 FEET OF A PUBLIC HOUSING AUTHORITY (13–14) | Count Superseded |
| NARCOTICS – SELL, DISTRIBUTE, OR DISPENSE W/IN 1000 FT OF A PUBLIC HOUSING AUTHORITY (13s–14s) | Dismissed on Government Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **JASON FERGUSON AUSA** |
| | | U.S. ATTORNEY OFFICE |
| | | ALBANY, GA 31201 |
| | | Email: USAGAM.CRAUSAVACANT@USDOJ.GOV |
| | | *TERMINATED: 05/05/2011* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **LEAH E MCEWEN** |
| | | United States Attorney's Office |
| | | Albany Division |
| | | 201 W BROAD AVE 2ND FL |
| | | ALBANY, GA 31701 |
| | | 229–430–7754 |
| | | Fax: 229–430–7766 |
| | | Email: Leah.E.McEwen@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

**MICHAEL T SOLIS**
UNITED STATES ATTORNEYS OFFICE
PO BOX 1702
MACON, GA 31202–1702
478–752–3511
Email: mike.solis@usdoj.gov
*ATTORNEY TO BE NOTICED*

**MICHELLE SCHIEBER**
300 MULBERRY ST 4TH FL
MACON, GA 31202
478–621–2623
Email: Mikki.Schieber@usdoj.gov
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/30/2009 | 1 | | INDICTMENT as to Joshua Griffin (1) counts 1, 2, 3, 4, 5, 9, 10, 11, 12, 13–14, Dexter Griffin (2) counts 1, 8, 9, 10, 13–14, Desmond Crimley (3) counts 1, 6, 7, 12. (bjl) (Entered: 11/02/2009) |
| 11/12/2009 | | | NOTICE OF HEARING as to Joshua Griffin and Dexter Griffin: ARRAIGNMENTS and DETENTION HEARINGS set for 11/17/2009 at 10:00 AM in Albany before Judge W. Louis Sands. (wks) (Entered: 11/13/2009) |
| 11/12/2009 | | | Arrest of Joshua Griffin and Dexter Griffin. (wks) (Entered: 11/13/2009) |
| 11/12/2009 | 5 | | Minute Entry for proceedings held before Judge W. Louis Sands:INITIAL APPEARANCE as to Dexter Griffin held on 11/12/2009 (Court Reporter: Digitally Recorded.) (wks) (Entered: 11/13/2009) |
| 11/12/2009 | 7 | | MOTION for Detention by United States of America as to Dexter Griffin.. Motion(s) referred to Claude W. Hicks, Jr..(bjl) (Entered: 11/13/2009) |
| 11/12/2009 | 11 | | WAIVER of Counsel for Initial Appearance Hearing by Dexter Griffin (bjl) (Entered: 11/13/2009) |
| 11/12/2009 | 12 | | ORDER SETTING HEARING as to Dexter Griffin. Detention Hearing set for 11/17/2009 10:00 AM in Albany before Judge W. Louis Sands. (bjl) (Entered: 11/13/2009) |
| 11/12/2009 | 19 | | ARREST Warrant as to Dexter Griffin executed on 11/12/09. (bjl) (Entered: 11/16/2009) |
| 11/13/2009 | 10 | | CJA 23 Financial Affidavit by Dexter Griffin (wks) (Entered: 11/13/2009) |
| 11/16/2009 | 17 | | NOTICE OF ATTORNEY APPEARANCE: Gerald Bernard Williams appearing for Dexter Griffin (Williams, Gerald) (Entered: 11/16/2009) |
| 11/16/2009 | 18 | | MOTION for Discovery by Dexter Griffin.. Motion(s) referred to Claude W. Hicks, Jr..(Williams, Gerald) (Entered: 11/16/2009) |
| 11/16/2009 | 21 | | |

|  |  |  | MOTION to Continue *Detention Hearing* by Dexter Griffin. (Williams, Gerald) (Entered: 11/16/2009) |
| --- | --- | --- | --- |
| 11/17/2009 | 22 |  | ORDER granting 21 Motion to Continue Detention Hearing as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 11/17/09. (bjl) (Entered: 11/17/2009) |
| 11/17/2009 | 23 |  | NOTICE of Estimated Sentencing Guidelines as to Dexter Griffin Range of between 210 and 262 months. (bjl) (Entered: 11/17/2009) |
| 11/17/2009 | 32 |  | PLEA SHEET of not guilty as to Dexter Griffin (bjl) (Entered: 11/19/2009) |
| 11/17/2009 | 37 |  | Minute Entry for proceedings held before Judge W. Louis Sands:Arraignment held on 11/17/2009 as to Dexter Griffin (2) Counts 1,8,9,10,13−14. Detention Hearing as to Dexter Griffin held on 11/17/2009 (Court Reporter Darlene Pino.) (bjl) (Entered: 11/20/2009) |
| 11/18/2009 | 27 |  | CJA 20 as to Dexter Griffin: Appointment of Attorney Gerald Bernard Williams for Dexter Griffin.. Ordered by Judge W. Louis Sands on 11/13/09. (wks) (Entered: 11/18/2009) |
| 11/19/2009 | 31 |  | ORDER FOR DETENTION PENDING TRIAL −granting 7 Motion for Detention as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 11/19/09. (bjl) (Entered: 11/19/2009) |
| 11/19/2009 | 34 |  | NOTICE OF HEARING as to Joshua Griffin, Dexter Griffin Pretrial Conference set for 12/9/2009 02:00 PM in Albany before Judge W. Louis Sands. (jbk) (Entered: 11/19/2009) |
| 11/23/2009 | 43 |  | RESPONSE to Motion by United States of America as to Dexter Griffin re 18 MOTION for Discovery (Ferguson, Jason) (Entered: 11/23/2009) |
| 11/23/2009 | 44 |  | MOTION for Discovery by United States of America as to Dexter Griffin.. Motion(s) referred to Claude W. Hicks, Jr..(Ferguson, Jason) (Entered: 11/23/2009) |
| 11/23/2009 | 45 |  | NOTICE *of Demand for Notification of Public Authority Defense* as to Dexter Griffin. (Ferguson, Jason) (Entered: 11/23/2009) |
| 12/01/2009 | 57 |  | RESPONSE to Motion by United States of America as to Dexter Griffin re 44 MOTION for Discovery (Ferguson, Jason) (Entered: 12/01/2009) |
| 12/03/2009 | 61 |  | INDICTMENT as to Joshua Griffin (1) counts 1s−2s, 3s, 4s, 5s, 9s, 10s, 11s, 12s−14s, 15s, Dexter Griffin (2) counts 1s, 8s, 9s, 10s, 13s−14s, Desmond Crimley (3) counts 1s, 6s−7s, 12s. (Attachments: # 1 Plea Sheets) (bjl) (Entered: 12/07/2009) |
| 12/09/2009 |  |  | Minute Entry [TEXT ONLY, no document attached] for proceedings held before Judge W. Louis Sands:Pretrial Conference as to Dexter Griffin held on 12/9/2009: Defendant to file Motion to Continue; Case to be re−called before trial term. (Court Reporter R. Darlene Pino.) (jbk) Modified on 12/14/2009 (jbk). (Entered: 12/11/2009) |
| 12/15/2009 | 64 |  | NOTICE OF HEARING as to Dexter Griffin Change of Plea Hearing set for 12/23/2009 @ 2:00 PM in Albany before Judge W. Louis Sands. (jbk) (Entered: 12/15/2009) |

| 12/23/2009 | 66 | | Minute Entry for proceedings held before Judge W. Louis Sands:Change of Plea Hearing as to Dexter Griffin held on 12/23/2009, Plea entered by Dexter Griffin (2) Guilty Count 10s. (Court Reporter Darlene Pino.) (bjl) (Entered: 12/23/2009) |
|---|---|---|---|
| 12/23/2009 | 67 | | PLEA AGREEMENT as to Dexter Griffin (wks) (Entered: 12/24/2009) |
| 12/23/2009 | 68 | | PLEA SHEET as to Dexter Griffin (wks) (Entered: 12/24/2009) |
| 12/30/2009 | 69 | | Motion for Additional Decrease for Acceptance of Responsibility Under U.S.S.G 3E1.1(b)by United States of America as to Dexter Griffin. (Attachments: # 1 Text of Proposed Order)(Ferguson, Jason) (Entered: 12/30/2009) |
| 01/05/2010 | 70 | | ORDER granting 69 Motion for Additional Decrease for Acceptance of Responsibility as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 1/4/10. (bjl) (Entered: 01/05/2010) |
| 04/09/2010 | 89 | | AMENDMENT to 82 Objection to Presentence Investigation Report (Williams, Gerald) Modified on 4/12/2010 (wks). (Entered: 04/09/2010) |
| 04/12/2010 | 90 | | Notice of Error in Filing (related document(s): 89 Response (General – Unrelated to a Motion) filed by Dexter Griffin ). (wks) (Entered: 04/12/2010) |
| 04/16/2010 | | | NOTICE OF HEARING as to Dexter Griffin Sentencing set for 4/22/2010 03:00 PM in Albany before Judge W. Louis Sands. (bcl) (Entered: 04/16/2010) |
| 04/22/2010 | 95 | | Minute Entry for proceedings held before Judge W. Louis Sands: Case came on calendar for Sentencing on 4/22/2010 for Dexter Griffin (2), Count(s) 1, 10, 13–14, 8, 9, Count Superseded. Sentencing Suspended until further hearing. (Court Reporter R. Darlene Pino.) (bcl) Modified on 5/28/2010 (cal). (Entered: 04/23/2010) |
| 04/23/2010 | 92 | | MOTION for funds to pay for transcript by Dexter Griffin.. Motion(s) referred to Claude W. Hicks, Jr..(Williams, Gerald) (Entered: 04/23/2010) |
| 04/23/2010 | 93 | | Notice of Error in Filing (related document(s): 91 Response to Objection to Presentence Investigation Report ). (bcl) (Entered: 04/23/2010) |
| 04/23/2010 | 96 | | ORDER granting 92 Motion for Funds to Pay for Transcript as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 4/23/2010. (bcl) (Entered: 04/23/2010) |
| 05/12/2010 | | | Case as to Joshua Griffin, Dexter Griffin, Desmond Crimley Reassigned to US Mag Judge Thomas Q Langstaff. U.S. Mag Judge Claude W. Hicks, Jr. no longer assigned to the case. (ans) (Entered: 05/12/2010) |
| 06/02/2010 | 97 | | TRANSCRIPT of Proceedings as to Dexter Griffin held on December 23, 2009, before Judge Change of Plea. Court Reporter/Transcriber Darlene Pino, (229) 878–0111. CHANGE OF PLEA (Part 1) Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy |

| | | | |
|---|---|---|---|
| | | | governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 06/02/2010) |
| 06/09/2010 | | | CJA 24 as to Dexter Griffin: Authorization to Pay R. Darlene Pino. Ordered by Judge W. Louis Sands on 6/7/10. (hrm) (Entered: 06/09/2010) |
| 06/21/2010 | | | NOTICE OF HEARING as to Dexter Griffin SENTENCING set for 6/22/2010 @ 3:00 PM in Albany before Judge W. Louis Sands. (jbk) (Entered: 06/21/2010) |
| 06/21/2010 | | | NOTICE OF HEARING as to Dexter Griffin Sentencing set for 6/22/2010 03:00 PM in Albany before Judge W. Louis Sands. (bcl) (Entered: 06/21/2010) |
| 06/21/2010 | | | NOTICE OF HEARING as to Dexter Griffin Sentencing RE−SET for 6/23/2010 @ 10:00 AM in Albany before Judge W. Louis Sands. (jbk) (Entered: 06/21/2010) |
| 06/22/2010 | 101 | | Letter from Dexter Griffin to Judge Sands regarding constitutional rights. (Attachments: # 1 Envelope)(bcl) (Entered: 06/23/2010) |
| 06/23/2010 | 98 | | Minute Entry for proceedings held before Judge W. Louis Sands:Sentencing continued from 4/22/2010; suspended until further hearing. (Court Reporter R. Darlene Pino.) (bcl) (Entered: 06/23/2010) |
| 06/23/2010 | 99 | | WITNESS LIST in Re: Sentencing by Dexter Griffin. (bcl) (Entered: 06/23/2010) |
| 06/23/2010 | 100 | | EXHIBIT LIST in Re: Sentencing by Dexter Griffin. (Attachments: # 1 Exhibit)(bcl) (Entered: 06/23/2010) |
| 06/23/2010 | | | Oral MOTION to Withdraw Plea of Guilty by Dexter Griffin. (jbk) (Entered: 01/28/2011) |
| 06/29/2010 | | | Attorney update in case as to Dexter Griffin. Attorney Tony Curtis Jones for Dexter Griffin added. (wks) (Entered: 06/29/2010) |
| 06/29/2010 | | | Attorney update in case as to Dexter Griffin. (wks) (Entered: 06/29/2010) |
| 06/30/2010 | 104 | | ORDER for counsel to meet with Defendant as soon as possible to discuss whether Defendant intends to amend or supplement his oral motion to withdtraw guilty plea. Cousel shall inform the Court of the status of Defendant's motion not later than 7/14/2010 unless extended by Court Order as to Dexter Griffin. Ordered by Judge W. Louis Sands on 6/30/2010. (bcl) (Entered: 06/30/2010) |
| 07/06/2010 | | | This is a text only entry; no document issued CJA 20 as to Dexter Griffin: Authorization to Pay Gerald B. Williams. Ordered by Judge W. Louis Sands on 6/30/10. (hrm) (Entered: 07/06/2010) |
| 07/28/2010 | 107 | | ORDER that the Court will proceed to rule upon Defendant's oral motion to withdraw his guilty plea without further hearing or briefing as to Dexter Griffin re 104 Order. Ordered by Judge W. Louis Sands on 7/28/2010. (bcl) (Entered: 07/28/2010) |

| 01/07/2011 | | | NOTICE OF HEARING as to Dexter Griffin Sentencing set for 1/13/2011 03:00 PM in Albany before Judge W. Louis Sands. (bcl) (Entered: 01/07/2011) |
| 01/14/2011 | | | NOTICE TO COUNSEL as to Dexter Griffin: TELEPHONE CONFERENCE scheduled for THURSDAY, JANUARY 20, 2011 @ 11:00 a.m. (jbk) (Entered: 01/14/2011) |
| 01/14/2011 | 115 | | Minute Entry for proceedings held before Judge W. Louis Sands:Sentencing held on 1/14/2011 for Dexter Griffin (2), Count(s) 1, 10, 13−14, 8, 9, Count Superseded. Sentencing continued. Status conference to be set with counsel and sentencing to be re−set as soon as possible. (Court Reporter R. Darlene Pino.) (bcl) (Entered: 01/14/2011) |
| 01/20/2011 | | | NOTICE OF HEARING as to Dexter Griffin Sentencing set for 1/28/2011 02:00 PM in Albany before Judge W. Louis Sands. (bcl) (Entered: 01/20/2011) |
| 01/20/2011 | 116 | | Minute Entry for proceedings held before Judge W. Louis Sands: Telephone Status Conference as to Dexter Griffin held on 1/20/2011. Sentencing set for Friday, January 28, 2011 @ 2:00 pm. (Court Reporter R. Darlene Pino.) (bcl) (Entered: 01/20/2011) |
| 01/28/2011 | 121 | | Minute Entry for proceedings held before Judge W. Louis Sands:Sentencing held on 1/28/2011 for Dexter Griffin (2), Count(s) 1, 10, 13−14, 8, 9, Count Superseded; Count(s) 10s, 157 months imprisonment, followed by 9 years supervised release, $100 mandatory assessment fee; Count(s) 13s−14s, 1s, 8s, 9s, Dismissed on Government Motion. (Court Reporter Darlene Pino.) (bcl) (Entered: 01/31/2011) |
| 01/28/2011 | 122 | | Appeal Information Package as to Dexter Griffin hand−delivered to defendant and counsel at sentencing. (bcl) (Entered: 01/31/2011) |
| 01/28/2011 | 123 | | Government EXHIBIT LIST by United States of America as to Dexter Griffin re SENTENCING held on 1/28/2011. (Attachments: # 1 Exhibit 1)(bcl) (Entered: 01/31/2011) |
| 02/01/2011 | 124 | | JUDGMENT as to Dexter Griffin (2), Count(s) 1, 10, 13−14, 8, 9, Count Superseded; Count(s) 10s, 157 months imprisonment, followed by 9 years supervised release, $100 mandatory assessment fee; Count(s) 13s−14s, 1s, 8s, 9s, Dismissed on Government Motion. Ordered by Judge W. Louis Sands on 1/31/2011. (bcl) (Entered: 02/01/2011) |
| 02/02/2011 | | | NEF bounceback on 2/1/11 to tonyjlaw@mchsi.com due to Unknown Address Error − recipient rejected. (nop) (Entered: 02/02/2011) |
| 02/02/2011 | 126 | | NOTICE OF APPEAL − Final Judgment of Conviction by Dexter Griffin re 124 Judgment. (bcl) (Additional attachment(s) added on 2/4/2011: # 1 Envelope) (bcl). (Entered: 02/04/2011) |
| 02/03/2011 | | | NEF bounceback on 2/2/11 to tonyjlaw@mchsi.com due to Unknown Address Error − recipient rejected. (nop) (Entered: 02/03/2011) |
| 02/04/2011 | | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re: 126 Notice of Appeal − Final Judgment of Conviction Judge Appealed: W. Louis Sands. Court Reporter: Darlene Pino. Fee Paid: CJA Appointment (bcl) (Entered: 02/04/2011) |

| 02/04/2011 | 127 | | Presentence Investigation Report (SEALED) by Dexter Griffin. (bcl) (Entered: 02/04/2011) |
|---|---|---|---|
| 02/07/2011 | | | NEF bounceback on 2/4/11 to tonyjlaw@mchsi.com due to "Unknown Address Error – Recipient Rejected." (nop) (Entered: 02/07/2011) |
| 02/08/2011 | 128 | | USCA PROCEDURAL LETTER to Attorney Tony C. Jones regarding Transcript Order Form re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 02/08/2011) |
| 02/08/2011 | 129 | | USCA PROCEDURAL LETTER to Attorney Tony C. Jones regarding CJA voucher re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 02/08/2011) |
| 02/08/2011 | | | USCA Case Number 11–1051–B as to Dexter Griffin for 126 Notice of Appeal – Final Judgment of Conviction filed by Dexter Griffin. (bcl) (Entered: 02/08/2011) |
| 02/08/2011 | 130 | | CJA20 Appointment Voucher, appointing Attorney Tony C. Jones to represent Dexter Griffin. Ordered by Judge W. Louis Sands on 6/29/10. (wks) (Entered: 02/08/2011) |
| 02/08/2011 | | | NEF bounceback on 2/7/11 to tonyjlaw@mchsi.com due to "Unknown Address Error – Recipient Rejected". (nop) (Entered: 02/08/2011) |
| 02/09/2011 | 131 | | NOTICE OF ATTORNEY APPEARANCE Michelle Schieber appearing for USA. (Schieber, Michelle) (Entered: 02/09/2011) |
| 02/10/2011 | | | NEF bounceback on 2/9/11 to tonyjlaw@mchsi.com due to "Unknown Address Error – Recipient Rejected". (nop) (Entered: 02/10/2011) |
| 02/11/2011 | | | NEF bounceback on 2/10/11 to tonyjlaw@mchsi.com due to "Unknown Address Error – recipient rejected". (nop) (Entered: 02/11/2011) |
| 02/11/2011 | 132 | | Motion to Appoint Counsel by Dexter Griffin. (Attachments: # 1 Envelope). Motion(s) referred to Thomas Q Langstaff.(bcl) (Entered: 02/14/2011) |
| 02/11/2011 | 133 | | MOTION to Proceed In Forma Pauperis on appeal by Dexter Griffin. (Attachments: # 1 Trust Account Statement, # 2 Envelope)(bcl) (Entered: 02/14/2011) |
| 02/11/2011 | 134 | | TRANSCRIPT INFORMATION FORM as to Dexter Griffin re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Additional attachment(s) added on 2/14/2011: # 1 Envelope) (bcl). (Entered: 02/14/2011) |
| 02/14/2011 | | | NEF bounceback on 2/11/11 to tonyjlaw@mchsi.com due to "Unknown Address Error – Recipient Rejected". This is a repeated bounceback. Failure to correct the address error will result in deactivation of the user's CM/ECF account. FAX notification has been successfully sent. (nop) (Entered: 02/14/2011) |
| 02/22/2011 | 135 | | ORDER finding as moot 133 Motion to Proceed In Forma Pauperis as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 2/22/2011. (bcl) (Entered: 02/22/2011) |
| 02/23/2011 | 136 | | ORDER denying 132 Motion to Appoint Counsel as to Dexter Griffin (2). Ordered by Judge W. Louis Sands on 2/23/2011. (bcl) (Entered: 02/23/2011) |

| 03/01/2011 | 137 | | USCA PROCEDURAL LETTER to Attorney Tony C. Jones regarding Transcript Order Form re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 03/01/2011) |
|---|---|---|---|
| 03/30/2011 | 140 | | USCA PROCEDURAL LETTER to Attorney Jones to file Transcript Order Form or face possible attorney discipline re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 03/30/2011) |
| 04/11/2011 | 141 | | Letter from Defendant regarding attorney Tony Jones. (Attachments: # 1 Envelope)(bcl) (Entered: 04/11/2011) |
| 06/14/2011 | 150 | | Letter from Defendant Dexter Griffin requesting copies of indictments. Copies sent. (bcl) (Entered: 06/14/2011) |
| 06/22/2011 | 155 | | Mail Returned – 150 Letter sent to Dexter Griffin returned as undeliverable.Documents forwarded to Defendant's current address at USP Lompoc. (bcl) (Entered: 06/22/2011) |
| 06/27/2011 | 156 | | Freedom of Information Act Request as to Dexter Griffin. (Attachments: # 1 Envelope)(bcl) (Entered: 06/27/2011) |
| 06/27/2011 | 157 | | Letter to Defedant Dexter Griffin regarding Freedom of Information Act Request. (bcl) (Entered: 06/27/2011) |
| 07/07/2011 | 158 | | ORDER of USCA (certified copy) as to Dexter Griffin re 126 Notice of Appeal – Final Judgment of Conviction. Order regarding CJA appointment. (bcl) (Entered: 07/07/2011) |
| 07/07/2011 | 159 | | USCA PROCEDURAL LETTER to Attorney Nicole G. Iannarone regarding CJA appointment re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 07/07/2011) |
| 07/21/2011 | 160 | | TRANSCRIPT INFORMATION FORM as to Dexter Griffin re 126 Notice of Appeal – Final Judgment of Conviction. (Iannarone, Nicole) (Entered: 07/21/2011) |
| 07/26/2011 | 161 | | TRANSCRIPT INFORMATION FORM as to Dexter Griffin re 126 Notice of Appeal – Final Judgment of Conviction. *[Notice of Filing Amended Eleventh Circuit Transcript Information Form]* (Iannarone, Nicole) (Entered: 07/26/2011) |
| 08/16/2011 | 163 | | USCA PROCEDURAL LETTER to Court Reporter Darlene Pino re Transcript Info Form acknowledgement re 126 Notice of Appeal – Final Judgment of Conviction : (bcl) (Entered: 08/16/2011) |
| 08/22/2011 | 167 | | TRANSCRIPT ORDER ACKNOWLEDGMENT as to Dexter Griffin re 126 Notice of Appeal – Final Judgment of Conviction. (Pino, Darlene) (Entered: 08/22/2011) |
| 09/07/2011 | 170 | | USCA PROCEDURAL LETTER to Court Reporter Darlene Pino regarding transcripts re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 09/07/2011) |
| 09/14/2011 | 173 | | TRANSCRIPT of Proceedings as to Joshua Griffin, Dexter Griffin held on 11–12–09, before Judge Sands. Court Reporter/Transcriber Darlene Pino (229) 878–0111. First Appearance Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 174 | TRANSCRIPT of Proceedings as to Joshua Griffin, Dexter Griffin held on 11–17–09, Court Reporter/Transcriber Darlene Pino (229) 878–0111. Arraignment & Bond Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 175 | TRANSCRIPT of Proceedings as to Dexter Griffin held on 12–09–09, Court Reporter/Transcriber Darlene Pino (229) 878–0111. PRETRIAL Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 176 | TRANSCRIPT of Proceedings as to Dexter Griffin held on 4–22–10, before Judge Sands. Court Reporter/Transcriber Darlene Pino (229) 878–0111. SENTENCING Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at |

| | | | |
|---|---|---|---|
| | | | www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 177 | | TRANSCRIPT of Proceedings as to Dexter Griffin held on 6–23–10, before Judge Sands. Court Reporter/Transcriber Darlene PIno (229) 878–0111. MOTION Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 178 | | TRANSCRIPT of Proceedings as to Dexter Griffin held on 1–14–11, before Judge Sands. Court Reporter/Transcriber Darlene Pino (229) 878–0111. SENTENCING Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/14/2011 | 179 | | TRANSCRIPT of Proceedings as to Dexter Griffin held on 1–20–11, before Judge Sands. Court Reporter/Transcriber Darlene Pino (229) 878–0111. TELEPHONE CONFERENCE Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |

| | | | |
|---|---|---|---|
| 09/14/2011 | 180 | | TRANSCRIPT of Proceedings as to Dexter Griffin held on 1–28–11, before Judge Sands. Court Reporter/Transcriber Darlene Pino (229) 878–0111. SENTENCING Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 09/14/2011) |
| 09/15/2011 | | | Pursuant to F.R.A.P 11(c) the Clerk of the District Court for the Middle District of Georgia certifies that the record is complete for purposes of this appeal re: 126 Notice of Appeal – Final Judgment of Conviction. The entire record on appeal is available electronically (bcl) (Entered: 09/15/2011) |
| 09/27/2011 | | | This is a text only entry; no document issued CJA 24 as to Dexter Griffin: Authorization to Pay Darlene Pino. Ordered by Judge W. Louis Sands on 09/20/2011. (hrm) (Entered: 09/27/2011) |
| 10/04/2011 | 189 | | Transcript Redaction Request in case as to Dexter Griffin re 174 Transcript of Proceedings,,,, filed by attorney Nicole G. Iannarone (Iannarone, Nicole) (Entered: 10/04/2011) |
| 10/05/2011 | 190 | | "REDACTED" TRANSCRIPT of Proceedings as to Joshua Griffin, Dexter Griffin held on 11–17–09, before Judge Sands. Court Reporter: Darlene Pino (229) 878–0111. Detention Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE – REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request Form with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary the transcript will be made available via PACER 90 days from today's date. (Pino, Darlene) (Entered: 10/05/2011) |
| 10/31/2011 | 192 | | Denial of Federal Benefits as to Dexter Griffin from 1/28/2011 to 1/27/2016. (bcl) (Entered: 11/01/2011) |
| 01/25/2012 | 193 | | CORRECTED TRANSCRIPT of Proceedings as to Dexter Griffin held on 12–23–09, before Judge Sands. Court Reporter/Transcriber Darlene Pino. CHANGE OF PLEA Hearing. [Page 28 Line 21, word corrected]The transcript may be inspected at the court or purchased through the court reporter for a period of 90 days. After 90 days, the transcript may be obtained via PACER. REDACTION OF TRANSCRIPTS: Complete redaction policy available on |

| | | | |
|---|---|---|---|
| | | | the courts website. (Pino, Darlene) (Entered: 01/25/2012) |
| 05/01/2012 | 195 | | USCA PROCEDURAL LETTER to involved parties re Court's decision. The court's mandate will issue at a later date in accordance with FRAP 41(b) re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Additional attachment(s) added on 5/3/2012: # 1 Decision of USCA) (bcl). (Entered: 05/01/2012) |
| 08/02/2012 | 197 | | MOTION to Reduce Sentence i/c/w Fair Sentencing Act of 2010 U.S.C. 3582 by DEXTER GRIFFIN. (Attachments: # 1 Envelope)(bcl) (Entered: 08/02/2012) |
| 08/16/2012 | 199 | | RESPONSE to Motion by UNITED STATES OF AMERICA as to DEXTER GRIFFIN re 197 MOTION to Reduce Sentence i/c/w Fair Sentencing Act of 2010 U.S.C. 3582 (Schieber, Michelle) (Entered: 08/16/2012) |
| 04/04/2013 | 202 | | ORDER/Opinion (NOT MANDATE) of USCA affirming conviction & sentence as to DEXTER GRIFFIN re 126 Notice of Appeal – Final Judgment of Conviction (Attachments: # 1 Cover Letter)(wks) (Entered: 04/04/2013) |
| 05/08/2013 | 203 | | MANDATE of USCA as to DEXTER GRIFFIN re 126 Notice of Appeal – Final Judgment of Conviction. (bcl) (Entered: 05/08/2013) |
| 05/24/2013 | 204 | | MOTION For Specific Performance of Plea Agreement by DEXTER GRIFFIN. (Attachments: # 1 Letter, # 2 Envelope). Motion(s) referred to Thomas Q Langstaff.(wks) (Entered: 05/24/2013) |
| 06/06/2013 | 205 | | ORDER denying 204 Motion for Specific Performance of Plea Agrement as to DEXTER GRIFFIN (2); denying 197 Motion to Reduce Sentence re Fair Sentencing Act of 2010 U.S.C. 3582 for DEXTER GRIFFIN (2), Count(s) 1, 10, 13–14, 8, 9, Count Superseded; Count(s) 10s, 157 months imprisonment, followed by 9 years supervised release, $100 mandatory assessment fee; Count(s) 13s–14s, 1s, 8s, 9s, Dismissed on Government Motion as to DEXTER GRIFFIN (2). Ordered by Judge W. Louis Sands on 6/6/2013. (bcl) (Entered: 06/06/2013) |
| 12/02/2013 | 206 | | Letter from Dexter Griffin requesting copy of docket sheet and 2255 form. Copies sent to Griffin. (Attachments: # 1 Envelope)(bcl) (Entered: 12/02/2013) |
| 05/01/2014 | 207 | | MOTION to Vacate under 28 U.S.C. 2255 by DEXTER GRIFFIN. (Attachments: # 1 Notice of Motion, # 2 Envelope). Motion(s) referred to THOMAS Q LANGSTAFF.(bcl) Civil case 1:14–cv–00070 opened. (Entered: 05/01/2014) |
| 05/01/2014 | 208 | | MOTION to Proceed In Forma Pauperis by DEXTER GRIFFIN. (bcl) (Entered: 05/01/2014) |
| 05/07/2014 | | | This is a text only entry; no document issued. ORDER finding as moot 208 Motion to Proceed In Forma Pauperis as to DEXTER GRIFFIN (2). Ordered by US Magistrate Judge THOMAS Q LANGSTAFF on 05/07/2014. (asb) (Entered: 05/07/2014) |
| 05/07/2014 | 209 | | ORDER as to DEXTER GRIFFIN directing the U.S. Attorney to file an Answer or other responsive pleadings re 207 Motion to Vacate.. Ordered by US Magistrate Judge THOMAS Q LANGSTAFF on 05/07/2014. (asb) (Entered: 05/07/2014) |

| 06/24/2014 | 210 | | RESPONSE in Opposition by UNITED STATES OF AMERICA as to DEXTER GRIFFIN re 207 MOTION to Vacate under 28 U.S.C. 2255 (MCEWEN, LEAH) (Entered: 06/24/2014) |
|---|---|---|---|
| 07/15/2014 | 211 | | MOTION for Extension of Time to File Reply as to 207 MOTION to Vacate under 28 U.S.C. 2255 by DEXTER GRIFFIN. (Attachments: # 1 Envelope). Motion(s) referred to THOMAS Q LANGSTAFF.(bcl) (Entered: 07/15/2014) |
| 07/16/2014 | 212 | | ORDER granting in part and denying in part 211 Motion for Extension of Time to File Response/Reply as to DEXTER GRIFFIN (2). Ordered by US Magistrate Judge THOMAS Q LANGSTAFF on 07/06/2014. (asb) (Entered: 07/16/2014) |
| 08/22/2014 | | | MOTION(S) as to DEXTER GRIFFIN REFERRED to Magistrate Judge: 207 MOTION to Vacate under 28 U.S.C. 2255. Motion(s) referred to THOMAS Q LANGSTAFF.(bcl) (Entered: 08/22/2014) |
| 08/22/2014 | 213 | | Movant's Traverse and Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28 U.S.C. 2255 as to DEXTER GRIFFIN re: 207 MOTION to Vacate under 28 U.S.C. 2255. (Attachments: # 1 Exhibit A – Medical Report, # 2 Certificate of Service, # 3 Envelope, # 4 Envelope)(bcl) (Entered: 08/22/2014) |
| 12/04/2014 | 215 | | MOTION to Reduce Sentence – USSC Amendment by DEXTER GRIFFIN. (Attachments: # 1 Envelope)(bcl) (Entered: 12/04/2014) |
| 12/22/2014 | | | Judge update in case as to DEXTER GRIFFIN. U.S. District Judge LESLIE JOYCE ABRAMS added. U.S. District Judge W LOUIS SANDS no longer assigned to case. (bcl) (Entered: 12/22/2014) |
| 01/13/2015 | | | Judge update in case as to DEXTER GRIFFIN. U.S. District Judge W LOUIS SANDS added. U.S. District Judge LESLIE J ABRAMS no longer assigned to case. (Case returned to WLS per chambers request) (deb) (Entered: 01/13/2015) |
| 03/16/2015 | 216 | | ***DOCUMENT FILED IN WRONG CASE*** (Entered: 03/16/2015) |
| 03/24/2015 | 217 | | **_REPORT AND RECOMMENDATIONS_** as to DEXTER GRIFFIN re 207 MOTION to Vacate under 28 U.S.C. 2255. Ordered by US Magistrate Judge THOMAS Q LANGSTAFF on 03/24/2015. (asb) (Entered: 03/24/2015) |
| 04/06/2015 | 218 | | MOTION for Extension of Time to Reply to Report and Recommendation by DEXTER GRIFFIN. (Attachments: # 1 Envelope). Motion(s) referred to THOMAS Q LANGSTAFF.(bcl) (Entered: 04/06/2015) |
| 04/07/2015 | 219 | | **_ORDER_** granting in part and denying in part 218 Motion for Extension of Time to File as to DEXTER GRIFFIN (2). Ordered by US Magistrate Judge THOMAS Q LANGSTAFF on 04/07/2015. (asb) (Entered: 04/07/2015) |
| 04/13/2015 | 220 | | Motion to Appoint Counsel by DEXTER GRIFFIN.. Motion(s) referred to THOMAS Q LANGSTAFF.(WESTBROEK, JARED) (Entered: 04/13/2015) |
| 04/13/2015 | 221 | | MOTION to Reduce Sentence – USSC Amendment by DEXTER GRIFFIN. (WESTBROEK, JARED) (Entered: 04/13/2015) |
| 04/24/2015 | 225 | | |

| | | | |
|---|---|---|---|
| | | | OBJECTION TO REPORT AND RECOMMENDATIONS 217 by DEXTER GRIFFIN. (Attachments: # 1 Envelope)(bcl) (Entered: 04/24/2015) |
| 04/30/2015 | 226 | 17 | *ORDER* denying with prejudice 207 Motion to Vacate (2255) as to DEXTER GRIFFIN (2); adopting 217 Report and Recommendations as to DEXTER GRIFFIN (2).. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 4/30/2015. (bcl)<br>Civil Case 1:14–cv–00070–WLS–TQL closed. Modified on 4/30/2015 (bcl). (Entered: 04/30/2015) |
| 04/30/2015 | 227 | 19 | *JUDGMENT* on 207 MOTION to Vacate under 28 U.S.C. 2255 as to DEXTER GRIFFIN.. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 4/30/2015. (bcl) (Entered: 04/30/2015) |
| 05/18/2015 | 228 | | SUPPLEMENTAL ABBREVIATED PRESENTENCE INVESTIGATION REPORT FOR 782 REDUCTION as to DEXTER GRIFFIN. (lww) (Entered: 05/18/2015) |
| 05/18/2015 | 229 | | *ORDER* denying 221 Motion to Reduce Sentence – USSC Amendment for DEXTER GRIFFIN (2), Count(s) 1, 10, 13–14, 8, 9, Count Superseded; Count(s) 10s, 157 months imprisonment, followed by 9 years supervised release, $100 mandatory assessment fee; Count(s) 13s–14s, 1s, 8s, 9s, Dismissed on Government Motion as to DEXTER GRIFFIN (2). Ordered by US DISTRICT JUDGE W LOUIS SANDS on 5/18/2015. (bcl) (Entered: 05/18/2015) |
| 06/01/2015 | 231 | 20 | MOTION for Certificate of Appealability and Leave to Appeal in Forma Pauperis by DEXTER GRIFFIN. (Attachments: # 1 Envelope)(mdm) (Entered: 06/01/2015) |
| 06/01/2015 | 232 | | MOTION for Leave to Appeal In Forma Pauperis by DEXTER GRIFFIN. (Attachments: # 1 Prisoner Trust Fund Account Statement)(mdm) Modified on 6/1/2015 (mdm). (Entered: 06/01/2015) |
| 06/01/2015 | | 24 | NOTICE OF APPEAL – OTHER by DEXTER GRIFFIN re 226 Order on Motion to Vacate (2255), Order on Report and Recommendations, 227 Judgment/Motion to Vacate 2255 *** PLEASE SEE DOCUMENT 231 (mdm) (Entered: 06/03/2015) |
| 06/02/2015 | | | This is a text only entry; no document issued. *ORDER* denying as Moot 220 Motion to Appoint Counsel as to DEXTER GRIFFIN (2). Ordered by US DISTRICT JUDGE W LOUIS SANDS on 6/2/15. (jbk) (Entered: 06/02/2015) |
| 06/03/2015 | 233 | | *ORDER* Order denying 231 Motion for Certificate of Appealability as to DEXTER GRIFFIN (2); finding as moot 232 Motion to Proceed In Forma Pauperis as to DEXTER GRIFFIN (2). Ordered by US DISTRICT JUDGE W LOUIS SANDS on 6/3/2015. (bcl) (Entered: 06/03/2015) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

UNITED STATES OF AMERICA,    :
    :
v.    :    28 U.S.C. § 2255 Case No. 1:14-CV-70 (WLS)
    :
    :    Criminal Case No. 1:09-CR-30 (WLS)
DEXTER GRIFFIN,    :
    :
    Defendant.    :
_____:

### <u>ORDER</u>

Before the Court is a March 24, 2015 Recommendation from United States Magistrate Judge Thomas Q. Langstaff concerning Petitioner Dexter Griffin's pending Motion to Vacate, Set Aside, or Correct His Sentence pursuant to 28 U.S.C. § 2255. (Doc. 217.) Upon reviewing Griffin's Motion, Judge Langstaff recommends that it be denied.

After being granted an extension of time to do so, Griffin timely filed objections to Judge Langstaff's Recommendation on April 24, 2015. (Doc. 225.) In his objections, Griffin reasserts his ineffective assistance claims. Griffin also argues that he made an actual innocence claim that should be considered. In his § 2255 petition Griffin stated, "Movant submits that he was actually innocent of this allegation, did want to plead to it . . . ." (Doc. 207 at 7.) "To successfully plead actual innocence, a petitioner must show that his conviction resulted from 'a constitutional violation.'" *Johnson v. Fla. Dep't of Corr.*, 513 F.3d 1328, 1334 (11th Cir.2008) (quoting *Schlup v. Delo*, 513 U.S. 298, 327, 115 S.Ct. 851, 867, 130 L.Ed.2d 808 (1995)). Here, Griffin's only alleged constitutional violation is ineffective assistance of counsel, which Judge Langstaff found and the Court agrees, he has not established. Griffin cannot argue that his actual innocence is a separate and independent basis for granting his petition.

Upon full review and consideration of the record, the Court finds that Judge Langstaff's March 24, 2015 Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons

1

stated therein together with the reason of the findings made and reasons stated herein. Griffin's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 207) is **DENIED with prejudice**.

      **SO ORDERED,** this <u>30th</u> day of April 2015.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DEXTER GRIFFIN,                              *

             Petitioner,        *
v.                                                            Case No. 1:09-CR-30(WLS)
                                *

UNITED STATES OF AMERICA,                    *

             Respondent.        *
_____          *

## J U D G M E N T

    Pursuant to this Court's Order dated April 30, 2015, and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Respondent.

    This 30th day of April, 2015.

                              William E. Tanner, Clerk


                              s/ William C. Lawrence, Deputy Clerk

DEXTER GRIFFIN
Movant, pro se
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447

RECEIVED
CLERK'S OFFICE
2015 JUN 1 AM 8:42
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,          )
      Respondent,          )
          )          CRIMINAL ACTION NO:
          )          1:09-CR-30-002 (WLS)
Vs.          )
          )          CIVIL ACTION NO:
          )
DEXTER GRIFFIN,          )          1 : 14-CV-70 (WLS)
      Petitioner .          )
_____ )

## MOTION FOR CERTIFICATE OF APPEALABILITY
## AND LEAVE TO APPEAL IN FORMA PAUPERIS

The Petitioner, Dexter Griffin , pro se, petitions the District Court for leave to Apply to the Eleventh Circuit Court of Appeals for Certificate of Appealability pursuant to the provisions of Title 28 U.S.C. §2253 on the following issues raised in his motion under §2255 and denied by the Court on April 30, 2015.

Petitioner brings this appeal in good faith and believes his claims have merit and that he will raise the following issues on Appeal;

A.
WHETHER THE COURT ERRED IN DENYING THE MOTION
UNDER 2255 MOTION WITHOUT EVIDENTIARY HEARING;

B.
WHETHER THE DISTRICT COURT ERRED IN DENYING
PETITIONER'S CLAIM THAT HE WAS DENIED THE WAS
DENIED THE EFFECTIVE ASSISTANCE OF COUNSEL IN
VIOLATION OF THE SIXTH AMENDMENT OF THE CONSTITUTION;

- 1

C.
WHETHER THE DISTRICT COURT ERRED IN DENYING
PETITIONER'S CLAIM OF FACTUAL INNOCENCE REGARDING
THE CHARGE UNDER 21 USC 841 (a) (1) & 860 (a) (c),
THE USE OF A MINOR TO AVOID APPREHENSION


D.
WHETHER THE PETITIONER WAS DENIED DUE PROCESS AND
EQUAL PROTECTION OF THE LAW BY THE COURT'S
FAILURE TO COMPLY WITH THE LITERAL
PROVISIONS OF 3553 FACTORS AND APPLICATION OF
THE PARSIMONY PRINCIPLE;


Petitioner Griffin submits that he will raise the following issues on appeal:

The facts concerning Petitioner's claims are outside of the record and require an
evidentiary hearing, pursuant to 28 USC § 2255.

WHEREFORE, Petitioner requests of the Court grant Certificate of
Appealability, and grant leave to file and proceed on appeal in forma pauperis.

(See Financial Affidavit in support hereof attached hereto. )

Respectfully Submitted,

dated this 26 day of May, 2015

DEXTER GRIFFIN
Movant, pro se
Fed. Reg. No: 87759-020
FCI Marianna
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447

- 2

## CERTIFICATE OF SERVICE

CAUSE NO(S): 1: 09-CR-30 (WLS)
Civil Action No.: 1: 14-CV-70 (WLS)

I, Dexter Griffin, Movant, in the foregoing action state that on the  day of May, 2015, I have caused to be served a true and correct copy of the following;

APPLICATION FOR CERTIFICATE OF APPEALABILITY
AND LEAVE TO FILE IN FORMA PAUPERIS

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston v. Lack 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

MICHAEL J. MOORE
UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
201 W. Broad Avenue, 2nd Floor
Post Office Box 366
Albany, Georgia 31702

and deposited same in the legal mail deposit box at the Federal Correctional Institution, P.O. Box 7007, Marianna, Florida, on the   day of May, 2015.

I have read the foregoing and state the facts under personal knowledge are true and correct.

Executed this 20 day of  May, 2015, under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

DEXTER GRIFFIN
Movant, pro se
Fed. Reg. No: 87759-020
FCI Marianna
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7007
MARIANNA, FL 32447

- 3 -

Dexter Griffin
87759-020
Federal Correction Institute Marianna
P. O. Box 7007, Creek B
Marianna, FL 32447
United States

⋄87759-020⋄

31202012828

RECEIVED & DED

25 MAY 2015 PM 1 1

⋄87759-020⋄
Gregory J Leonard   *Clerk*
United States District CO
PO BOX 128
Macon, GA 31202
United States

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:
--Case Participants: JASON FERGUSON AUSA (usagam.crausavacant@usdoj.gov), Nancy M Trasande
(gam_mac_ecf@fd.org), MICHELLE SCHIEBER (mary.a.gallaher@usdoj.gov,
mikki.schieber@usdoj.gov, usagam.ecf@usdoj.gov), Nicole G. Iannarone (niannarone@gsu.edu),
CYNTHIA W ROSEBERRY (alesia_smith@fd.org, cynthia_roseberry@fd.org, gam_mac_ecf@fd.org,
harriet_fudge@fd.org, holly_mcdavid@fd.org, katrina_ballard@fd.org,
michele_c_graham@fd.org, nicole_hailey@fd.org, sybil_davis@fd.org), JARED SCOTT WESTBROEK
(alesia_smith@fd.org, dannielle_jones@fd.org, gam_mac_ecf@fd.org, holly_mcdavid@fd.org,
jared_westbroek@fd.org, katrina_burden@fd.org, michele_c_graham@fd.org,
nicole_hailey@fd.org, sybil_davis@fd.org), RICKY DANIEL COLLUM (collumlaw@yahoo.com), LEAH
E MCEWEN (erika.antonio@usdoj.gov), jasmine.d.peace@usdoj.gov, leah.e.mcewen@usdoj.gov,
leann.black@usdoj.gov), GERALD B WILLIAMS (attorneygeraldwilliams@msn.com), FEDERAL
DEFENDERS MIDDLE DISTRICT OF GEORGIA INC (alesia_smith@fd.org, gam_mac_ecf@fd.org,
holly_mcdavid@fd.org, katrina_ballard@fd.org, michele_c_graham@fd.org,
nicole_hailey@fd.org, tina_hunt@fd.org), MICHAEL T SOLIS (denise.gonzalez@usdoj.gov,
kimberly.tavalero@usdoj.gov, mike.solis@usdoj.gov, usagam.ecf@usdoj.gov), TONY CURTIS
JONES-SUSPENDED (tjones@joneslawgroup.net), US MAGISTRATE JUDGE THOMAS Q LANGSTAFF
(alicia_brown@gamd.uscourts.gov, bill_lawrence@gamd.uscourts.gov,
robyn_flegal@gamd.uscourts.gov, thomas_langstaff@gamd.uscourts.gov), US DISTRICT JUDGE W
LOUIS SANDS (caitlin_sandley@gamd.uscourts.gov, douglas_dean@gamd.uscourts.gov,
intern_sands@gamd.uscourts.gov, joan_king@gamd.uscourts.gov,
mitchell_robinson@gamd.uscourts.gov, sally_gray@gamd.uscourts.gov,
tammy_fletcher@gamd.uscourts.gov)
--Non Case Participants: AUSA Appeal (mikki.schieber@usdoj.gov)
--No Notice Sent:

Message-Id:2275167@gamd.uscourts.gov
Subject:Activity in Case 1:09-cr-00030-WLS-TQL UNITED STATES OF AMERICA v. Griffin et al
Notice of Appeal - Other
Content-Type: text/html
```

## U.S. District Court [LIVE AREA]

### Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 6/3/2015 at 4:02 PM EDT and filed on 6/1/2015

| | |
|---|---|
| **Case Name:** | UNITED STATES OF AMERICA v. Griffin et al |
| **Case Number:** | 1:09-cr-00030-WLS-TQL |
| **Filer:** | Dft No. 2 - DEXTER GRIFFIN |
| **Document Number:** | No document attached |

**Docket Text:**
**NOTICE OF APPEAL – OTHER by DEXTER GRIFFIN re [226] Order on Motion to Vacate (2255), Order on Report and Recommendations, [227] Judgment/Motion to Vacate 2255 *** PLEASE SEE DOCUMENT [231] (mdm)**

**1:09-cr-00030-WLS-TQL-2 Notice has been electronically mailed to:**

TONY CURTIS JONES-SUSPENDED     tjones@joneslawgroup.net

MICHAEL T SOLIS    mike.solis@usdoj.gov, Kimberly.Tavalero@usdoj.gov, USAGAM.ECF@usdoj.gov, denise.gonzalez@usdoj.gov

MICHELLE SCHIEBER    Mikki.Schieber@usdoj.gov, Mary.A.Gallaher@usdoj.gov, USAGAM.ECF@usdoj.gov

GERALD B WILLIAMS (Terminated)    attorneygeraldwilliams@msn.com

RICKY DANIEL COLLUM    collumlaw@yahoo.com

Nicole G. Iannarone    niannarone@gsu.edu

LEAH E MCEWEN    Leah.E.McEwen@usdoj.gov, Erika.Antonio@usdoj.gov, Leann.Black@usdoj.gov, jasmine.d.peace@usdoj.gov

FEDERAL DEFENDERS MIDDLE DISTRICT OF GEORGIA INC    GAM_MAC_ECF@fd.org, alesia_smith@fd.org, holly_mcdavid@fd.org, katrina_ballard@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, tina_hunt@fd.org

CYNTHIA W ROSEBERRY    cynthia_roseberry@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, harriet_fudge@fd.org, holly_mcdavid@fd.org, katrina_ballard@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, sybil_davis@fd.org

JARED SCOTT WESTBROEK    jared_westbroek@fd.org, GAM_MAC_ECF@fd.org, alesia_smith@fd.org, dannielle_jones@fd.org, holly_mcdavid@fd.org, katrina_burden@fd.org, michele_c_graham@fd.org, nicole_hailey@fd.org, sybil_davis@fd.org

JASON FERGUSON AUSA (Terminated)    USAGAM.CRAUSAVACANT@USDOJ.GOV

**1:09−cr−00030−WLS−TQL−2 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

DEXTER GRIFFIN
REG87759−020
MARIANNA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7007
MARIANNA, FL 32447

Nancy M Trasande
US Federal Defender's Office
440 MARTIN LUTHER KING JR BLVD STE 400
MACON, GA 31201